Shawn Christopher, Esq.
Nevada Bar No: 6252
2625 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89014-0276
Phone: (702) 737-3125
Facsimile: (702) 458-5412

Attorney for Debtor(s),

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

GREGORY HEANEY
NORMA HEANEY,

    Debtor(s).

Case No: BKS-09-17340-LBR
Chapter 13

Hearing Date: June 18, 2009
Hearing Time: 3:30 p.m.

### CERTIFICATE OF SERVICE

1. On May 11, 2009, I served the following document(s):

    **DEBTORS' MOTION FOR DETERMINATION OF VALUE OF PROPERTY AND MOTION TO AVOID LIEN**

    and

    **NOTICE OF HEARING**

2. I served the above-named document(s) by the following means to the persons as listed below:

    (Check all that apply)

    ☒ a.  ECF System (You must attach the "Notice of Electronic Filing", or list all persons and address and attach additional paper if necessary)

    **KATHLEEN A LEAVITT**

    courtsecf3@las13.com

    **JEREMY T BERGSTROM for COUNTRYWIDE HOME LOANS SERVICING**

    mbergstrom@mileslegal.com

-1-

|    |    |
|----|----|
| 1  | **GREGORY L. WILDE for WELLS FARGO BANK** |
| 2  | bk@wildelaw.com |

☒ b.   United State mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary)

GREGORY and NORMA HEANEY
5758 BLACKBIRCH ST
LAS VEGAS, NV 89148

COUNTRYWIDE HOME LOANS
ATTN: OFFICER, DIRECTOR, MANAGER OR MEMBER
450 AMERICAN ST
SIMI VALLEY, CA 93065

COUNTRYWIDE HOME LOANS, INC.
ATTN: OFFICER, DIRECTOR, MANAGER OR MEMBER
PO BOX 10219
VAN NUYS, CA 91410-0219

COUNTRYWIDE KB HOME LOANS
ATTN: OFFICER, DIRECTOR, MANAGER OR MEMBER
7660 DEAN MARTIN DR #201A
LAS VEGAS, NV 89139

COUNTRYWIDE HOME LOANS, INC.
ATTN: OFFICER, DIRECTOR, MANAGER OR MEMBER
PO BOX 10423
VAN NUYS, CA 91410-0423

☐ c.   Personal Service (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

_____

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d.   **By direct email** (as opposed to through the ECF System) (List persons and email addresses. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.   **By fax transmission** (List persons and fax numbers. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.   **By messenger** (List persons and addresses. Attached additional paper if necessary)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to the Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this \_\_11\_\_ day of May, 2009.

_____
An employee of Christopher Legal Group

-3-