

1
**Entered on Docket**
**August 26, 2009**

2
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge
3

4

5

6

7
Shawn Christopher, Esq.
8   Nevada Bar No: 6252
CHRISTOPHER LEGAL GROUP
9   2625 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89014-0276
10  Phone: (702) 737-3125
Facsimile: (702) 458-5412
11
Attorney for Debtor(s),
12

13                           UNITED STATES BANKRUPTCY COURT
14                                  DISTRICT OF NEVADA

15  In re                                    Case No: BKS-09-12578-BAM
                                             Chapter 13
16  CARY JANEWAY,
                                             **ORDER GRANTING DEBTOR'S MOTION**
17              Debtor(s).                   **FOR DETERMINATION OF VALUE OF**
                                             **PROPERTY; MOTION TO AVOID LIEN**
18
                                             Hearing Date: August 20, 2009
19                                           Hearing Time: 3:30 p.m.
20

21      This matter having come before the Court for a hearing on August 20, 2009, on
22  the Debtor's Motion for Determination of Value of Property; Motion to Avoid Lien, and
23  based upon the papers and pleadings on file herein, and good cause appearing;
24      **THE COURT HEREBY ORDERS** as follows:
25  Debtor's Motion for Determination of Value of Property; Motion to Avoid Lien is hereby
26  granted.
27  ///
28

-1-

1  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Debtor's real
2  property located at 6629 Pheasant Moon Street, Las Vegas, NV 89148, shall be
3  adjudicated to have a value of $170,000.00 as of the date of filing Debtor's Chapter 13
4  Petition;

5  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the junior lien held
6  by Marshall & Ilsley Bank regarding the real property located at 6629 Pheasant Moon
7  Street, Las Vegas, NV 89148 is hereby stripped of it's secured status and avoided in its
8  entirety;

9  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Marshall & Ilsley
10 Bank's lien be adjudicated as an unsecured lien and treated as an unsecured claim;

11 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Marshall & Ilsley
12 Bank's lien have no further force and effect as a secured lien against Debtor's real
13 property located at 6629 Pheasant Moon Street, Las Vegas, NV 89148;

14 **IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the
15 aforementioned avoidance of lien shall not become final and is contingent upon the
16 Debtor(s) successfully completing the terms of the instant Chapter 13 Plan and receiving
17 their discharge in the case herein;

18 **IT IS FURTHER ORDERED ADJUDGED AND DECREED** that nothing contained
19 herein shall terminate the rights of the creditor if this case is dismissed or converted; and

20 **IT IS FURTHER ORDERED ADJUDGED AND DECREED** that in the event the
21 first mortgage lien holder conducts a foreclosure sale of the real property located at 6629
22 Pheasant Moon Street, Las Vegas, NV 89148 prior to discharge of Debtor's instant
23 Chapter 13 case, Marshall & Ilsley Bank shall retain their lien holder position on said
24 property.

25 ///
26 ///
27 ///
28 ///

**IT IS SO ORDERED.**

Respectfully submitted August 25, 2009

                                              CHRISTOPHER LEGAL GROUP

                                              By:   /s/ Shawn Christopher

                                                        Shawn Christopher
                                                        Attorneys for Debtor

APPROVED/DISAPPROVED

DATED:_____                                *No Response*

                                          Rick A. Yarnall, Chapter 13 Trustee

(APPROVED)/DISAPPROVED

DATED: 8/25/09                                /s/ Michael W. Chen

                                          Michael W. Chen, Esq,

                                          Counsel for Marshall & Ilsley Bank

                             **ALTERNATIVE METHOD RE: RULE 9021**

In accordance with Local Rule 9021, the undersigned certified:

      \_\_\_\_   The court waived the requirements of approval under Local Rule 9021.

      \_\_\_\_   No parties appeared or filed written objections.

      \_X\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

///

///

///

///

-3-

| | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| **CHAPTER 13 TRUSTEE**<br>Rick A. Yarnall, Trustee<br>701 Bridger Ave., #820<br>Las Vegas, Nevada 89101<br>(facsimile 853-4513) | | | X |
| **MARSHALL & IISLEY BANK**<br>Michael W. Chen, Esq<br>820 S Valley View Blvd<br>Las Vegas, Nevada 89107<br>(facsimile 877-7424) | X | | |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct

Dated this ___ day of August, 2009.

_____
An employee of Christopher Legal Group

# # #