


**Entered on Docket**
**March 15, 2010**

**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Shawn Christopher, Esq.
Nevada Bar No: 6252
CHRISTOPHER LEGAL GROUP
2625 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89014-0276
Phone: (702) 737-3125
Facsimile: (702) 458-5412

Attorney for Debtor(s),

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

CARY JANEWAY,

Debtor(s).

Case No: BKS-09-12578-BAM
Chapter 13

**ORDER GRANTING DEBTOR'S MOTION FOR DETERMINATION OF VALUE OF PROPERTY; MOTION TO AVOID LIEN**

Hearing Date: March 4, 2010
Hearing Time: 2:30 p.m.

This matter having come before the Court for a hearing on March 4, 2010, on the Debtor's Motion for Determination of Value of Property; Motion to Avoid Lien, and based upon the papers and pleadings on file herein, and good cause appearing;

**THE COURT HEREBY ORDERS** as follows:

Debtor's Motion for Determination of Value of Property; Motion to Avoid Lien is hereby granted.

///

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Debtor's real property located at 4689 Via Torino, Las Vegas, NV 89103, shall be adjudicated to have a value of $72,000.00 as of the date of filing Debtor's Chapter 13 Petition;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the junior lien held by Wells Fargo regarding the real property located at 4689 Via Torino, Las Vegas, NV 89103 is hereby stripped of it's secured status and avoided in its entirety;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Wells Fargo's lien be adjudicated as an unsecured lien and treated as an unsecured claim;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Wells Fargo's lien have no further force and effect as a secured lien against Debtor's real property located at 4689 Via Torino, Las Vegas, NV 89103; and

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the aforementioned avoidance of lien shall not become final and is contingent upon the Debtor successfully completing the terms of the instant Chapter 13 Plan and receiving her discharge in the case herein;

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that nothing contained herein shall terminate the rights of the creditor if this case is dismissed or converted; and

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that in the event the first mortgage lien holder conducts a foreclosure sale of the real property located at 4689 Via Torino, Las Vegas, NV 89103 prior to discharge of Debtor's instant Chapter 13 case, Wells Fargo shall retain their lien holder position on said property.

///

///

///

///

///

///

///

**IT IS SO ORDERED.**

Respectfully submitted March 5, 2010

CHRISTOPHER LEGAL GROUP

By: /s/ Shawn Christopher
Shawn Christopher
Attorneys for Debtors

APPROVED/DISAPPROVED

DATED:______________ No Response

Rick A. Yarnall, Chapter 13 Trustee

## ALTERNATIVE METHOD RE: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 13 TRUSTEE<br>Rick A. Yarnall, Trustee<br>701 Bridger Ave., #820<br>Las Vegas, Nevada 89101<br>(facsimile 853-4513) | | | ✓ |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 5 day of March, 2010.

An employee of Christopher Legal Group

###